# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2583
LT Case No. 18-2025-CF-217-A

_____

LORI ANN PAXIA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Dawn D. Nichols, Judge.

Michael C. Nappi and Lori D. Loftis, Assistant Regional Counsel,
of Office of Criminal Conflict and Civil Regional Counsel,
Casselberry, and Cameron P. Brookfield, Assistant Regional
Counsel, of Office of Criminal Conflict and Civil Regional
Counsel, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

January 20, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____